Form 02 - SUITABLE AGE   AETNA CENTRAL JUDICIAL SERVICES

                DEALY & SILBERSTEIN LLP
                ATTN:
U.S. DISTRICT SOUTHERN COURT        NEW YORK COUNTY
-------------------------------------------------------

THE TRUSTEES OF THE UNITED TEAMSTER      plaintiff         Index No. 07CV2814
PENSION FUND "A"
                     - against -                           Date Filed ............

                                                           Office No.

P. PASCAL, INC                           defendant
ETANO                                                      Court Date:   /   /
-------------------------------------------------------

      STATE OF NEW YORK, COUNTY OF NEW YORK            :SS:
**JEFFREY CAMPOLO**     being duly sworn, deposes and says; I am over 18 years of age,
not a party to this action, and reside in the  State of New York. That on the
**20th** day of **April, 2007   09:07 AM**                       at
     **%P.PASCAL,INC 960 NEPPERHAN AVENUE**
     **YONKERS, NY 10703**
I served the   **SUMMONS AND COMPLAINT**
upon **DEAN PASQUALE**
**the DEFENDANT**   therein named by delivering and leaving a true copy or copies
of the aforementioned documents with
     **ALIA NAHER, CO-WORKER**
  a person of suitable age and discretion.
     Deponent describes the person served as aforesaid to the best of deponent's ability
at the time and circumstances of the service as follows:
SEX: **FEMALE**   COLOR: **TAN**      HAIR: **BLACK**      AGE: **35**   HEIGHT: **5:6**   WEIGHT: **150**
OTHER IDENTIFYING FEATURES:
On **04/26/2007** I deposited in the United States mail a true copy of the aforementioned
documents properly enclosed and sealed in a post-paid wrapper addressed to the said
**DEFENDANT** at the above address. That address being
**actual place of employment of the DEFENDANT.**
Copy mailed 1st class mail marked personal & confidential not indicating on the outside
thereof, by return address or otherwise that said notice is from an attorney or concerns
action against the person to be served.

That at the time of service as aforesaid, I asked person spoken to whether **DEFENDANT**
was in the military service of the State of New York or United States and received a negative
reply. Upon information and belief based upon the conversation and observation as aforesaid
I aver that the **DEFENDANT** is not in the military service, and is not dependent on anyone
in the military service of the State of New York or the United States as that term is defined
in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

Sworn to before me this
26th   day of   April,           2007tm
                                                           ..............................
                                                           JEFFREY CAMPOLO
KENNETH WISSNER                                            AETNA  CENTRAL  JUDICIAL  SERVICES
Notary Public, State of New York                           225 BROADWAY, SUITE 1802
    No.01WI4714130                                         NEW YORK, NY, 10007
Qualified in NEW YORK COUNTY                               Reference No: 7DS1330258
Commission Expires 03/30/2010