```
Form 07 - CORPORATION
        DEALY & SILBERSTEIN LLP
        ATTN:
U.S. DISTRICT SOUTHERN COURT        NEW YORK   COUNTY
-------------------------------------------------
THE TRUSTEES OF THE UNITED TEAMSTER      plaintiff     Index No. 07CV2814
PENSION FUND "A"
                 - against -                            Date Filed  ...........

P. PASCAL,INC                            defendant     Office No.
ETANO
                                                       Court Date:    /  /
-------------------------------------------------
     STATE OF NEW YORK, COUNTY OF NEW YORK       :SS:
```

JEFFREY CAMPOLO   being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York. That on the 20th day of April, 2006 at 09:07 AM., at
    960 NEPPERHAM AVENUE
    YONKERS, NY 10703

I served a true copy of the
    SUMMONS AND COMPLAINT

upon P. PASCAL,INC
a domestic corporation, the DEFENDANT therein named by delivering to, and leaving personally with
    ALIA NAHER, MANAGING AGENT

a true copy of each thereof.

   Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows:
    SEX: **FEMALE**    COLOR: **TAN**    HAIR: **BLACK**
    APP. AGE: **35**   APP. HT: **5:6**  APP. WT: **150**

OTHER IDENTIFYING FEATURES:


Sworn to before me this
26th  day of  April,       2007tm

KENNETH WISSNER
Notary Public, State of New York
    No.01WI4714130
Qualified in NEW YORK COUNTY
Commission Expires 03/30/2010

JEFFREY CAMPOLO
AETNA  CENTRAL  JUDICIAL  SERVICES
225 BROADWAY, SUITE 1802
NEW YORK, NY, 10007
Reference No: 7DS1330256