Form 19 - SECRETARY OF STATE - 306

**DEALY & SILBERSTEIN LLP**
ATTN:

U.S. DISTRICT SOUTHERN COURT    NEW YORK COUNTY    STATE OF NEW YORK

Index No. **07CV2814**

Date Filed ..............

THE TRUSTEES OF THE UNITED TEAMSTER    plaintiff
PENSION FUND "A"
      - against -

Office No.

P. PASCAL, INC                          defendant
ETANO

Court Date:   / /

STATE OF NEW YORK, COUNTY OF NEW YORK :SS:
**STEVE AVERY** being duly sworn, deposes and says that he is over the age of 18 years, resides in the State of New York and is not a party to this action. That on the **19th of April, 2007 at 09:55 AM** at the Office of the Secretary of State of the State of New York in the City of Albany, New York, he served the
**SUMMONS AND COMPLAINT**
UPON: **P. PASCAL, INC**
the **DEFENDANT** in this action, by delivering to and leaving with
**DONNA CHRISTIE AGENT**

in the office of the Secretary of State of New York, two true copies thereof and at the same time of making such service, deponent paid said Secretary of State, a fee of $40. That said service was made pursuant to Section 306 of the BCL.

Deponent further describes the person actually served as follows:

SEX: **FEMALE**       COLOR: **WHITE**       HAIR: **BLOND**
APP. AGE: **35**      APP. HT: **5:7**       APP. WT: **130**
OTHER IDENTIFYING FEATURES:

SWORN TO BEFORE ME THIS
25th DAY OF April, 2007

KENNETH WISSNER
Notary Public, State of New York
No. 01WI4714130
Qualified in NEW YORK COUNTY
Commission Expires 03/30/2010

STEVE AVERY
AETNA CENTRAL JUDICIAL SERVICES
225 BROADWAY, SUITE 1802
NEW YORK, NY, 10007
Reference No: 7DS1330257