UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____X

THE TRUSTEES OF THE UNITED
TEAMSTER PENSION FUND "A", `  :   **Defendants' Rule 7.1 Statement**

    Plaintiffs,  :   07 Civ. 2814 (TPG)

 -against-  :

P. PASCAL, INC., and DEAN  :
PASQUALE,
  :
    Defendants.
_____X

  PURSUANT TO RULE 7.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE AND TO ENABLE JUDGES AND MAGISTRATE JUDGES OF THE COURT TO EVALUATE POSSIBLE DISQUALIFICATION OF RECUSAL, THE UNDERSIGNED COUNSEL FOR P. PASCAL, INC., (A NON-GOVERNMENTAL CORPORATE PARTY) CERTIFIES THAT THE FOLLOWING ARE PUBLICLY HELD CORPORATE PARENTS, AFFILIATES AND/OR SUBSIDIARIES OF SAID PARTY, OWNING 10% OF SAID PARTIES' STOCK.

      **NONE**

Dated: Mineola, New York
   June 13, 2007

         Meltzer, Lippe, Goldstein & Breitstone, LLP

         By: _____
          Richard M. Howard (RMH-2932)
          Attorneys for Defendants
          190 Willis Avenue
          Mineola, New York 11501
          (516) 747-0300

RICH/pascal/7.1 statement.403497