UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
THE TRUSTEES OF THE UNITED TEAMSTER
PENSION FUND "A",

            Plaintiffs,

- against-                                  **AFFIDAVIT OF SERVICE**
                                            Index No.: 07 Civ. 2814(TPG)

P. PASCAL, INC., and DEAN PASQUALE,

            Defendants.
---------------------------------------------------------X

STATE OF NEW YORK}
                    } ss:
COUNTY OF NASSAU}

    Barbara Tsotsos, being duly sworn, deposes and says:

    That Deponent is not a party to this action, is over 18 years of age and resides at Merrick, New York.

    That on the 13th day of June 2007 Deponent served a Mandatory Disclosure, Notice of Deposition, Answer, Rule 7.1 Statement and Defendants' First Set of Interrogatories and Document Demands upon:

            William Dealy, Esq.
            Dealy & Silberstein, LLP
            225 Broadway, Suite 1405
            New York, New York 10007

by depositing a true copy thereof, enclosed in a wrapper addressed as shown above, into the custody of Federal Express for overnight delivery, prior to the latest time designated by that service for overnight delivery.

                                                _____
                                                  Barbara Tsotsos

Sworn to before me this
13th day of June, 2007

_____
Notary Public

MARYANN KATCHEN
NOTARY PUBLIC, STATE OF NEW YORK
NO. 4891017
QUALIFIED IN QUEENS COUNTY
CERTIFICATE FILED IN NASSAU COUNTY
COMMISSION EXPIRES _____