UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____X
THE TRUSTEES OF THE UNITED
TEAMSTER PENSION FUND "A", `        :        **NOTICE OF CHANGE OF**
                                              **ADDRESS**
                Plaintiffs,          :
                                              07 Civ. 2814 (TPG)
     -against-                       :

P. PASCAL, INC., and DEAN            :
PASQUALE,
                                     :
                Defendants.
_____X

S I R S:

**PLEASE TAKE NOTICE** that Richard M. Howard, Esq., attorney for the

defendants in the above captioned action, is now a partner at Meltzer, Lippe, Goldstein,

& Breitstone, LLP, 190 Willis Avenue, Mineola, New York 11501; telephone 516-747-

0300; e-mail rhoward@meltzerlippe.com.

Dated:  Mineola, New York
        June 14, 2007

                                        Meltzer, Lippe, Goldstein & Breitstone, LLP


                                        By__/s/ Richard M. Howard_____
                                               Richard M. Howard (RMH-2932)

                                        Attorneys for Defendants
                                        190 Willis Avenue
                                        Mineola, New York 11501
                                        (516) 747-0300

RICH/pascal/7.1 statement.403497

403532-1