08/14/2007 15:08 FAX 516 237 2893    MELTZER LIPPE                    ☒002/003
08/13/2007 17:07 FAX 2123852117      DEALY&SILBERSTEIN                ☒002

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
THE TRUSTEES OF THE UNITED
TEAMSTER PENSION FUND "A,"                Case No.: 07 CV 2814
                                          (TPG)(RLE)
                        Plaintiffs,
                                          **STIPULATION**
    -against-

P. PASCAL, INC. and DEAN PASQUALE,

                        Defendants.
---------------------------------------------------------X

IT IS HEREBY STIPULATED AND AGREED by the undersigned attorneys for the respective parties that:

1. The time for Plaintiffs, THE TRUSTEES OF THE UNITED TEAMSTER PENSION FUND "A", to respond to Defendants' First Set of Interrogatories and Document Requests in this action is extended through and including August 21, 2007;

2. For the purposes of this Stipulation, facsimile signatures shall be deemed as original.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/24/07
```

08/14/2007 15:08 FAX 516 237 2893    MELTZER LIPPE            ☒003/003
08/13/2007 17:07 FAX 2123852117      DEALY&SILBERSTEIN        ☒003

Dated: August 13, 2007
New York, New York

| | |
|---|---|
| DEALY & SILBERSTEIN, LLP | MELTZER, LIPPE, GOLDSTEIN & BREITSTONE, LLP |
| By: _____ <br> Milo Silberstein (MS 4637) <br> *Attorneys for Plaintiffs The United Teamster Pension Fund "A"* <br> 225 Broadway, Suite 1405 <br> New York, New York 10007 <br> (212) 385-0066 | By: _____ <br> Richard M. Howard (RMH 2932) <br> *Attorneys for Defendants P. Pascal, Inc. and Dean Pasquale* <br> 190 Willis Avenue <br> Mineola, New York 11501 <br> (516) 747-0300 |

SO ORDERED:

_____
HON. THOMAS P. GRIESA

8/23/07