Jeffery A. Meyer (JM4468)
Kaufman Dolowich & Voluck, LLP
135 Crossways Park Drive
Suite 201
Woodbury, New York 11797
Phone: (516) 681-1100
Fax: (516) 681-1101
jmeyer@kdvlaw.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

THE TRUSTEES OF THE UNITED TEAMSTER
PENSION FUND "A,"

                       Plaintiffs,

          -against-

P. PASCAL, INC., and DEAN
PASQUALE,

               Defendants.
------------------------------------------------------------X

**CONSENT TO CHANGE
ATTORNEYS**

Case No.: 07-CV-2814 (TPG)

      IT IS HEREBY CONSENTED THAT, KAUFMAN DOLOWICH & VOLUCK,

LLP, be substituted as attorney(s) of record for the undersigned party(ies) in the above

entitled action in place and stead of the undersigned attorney(s) as of the date hereof.

Dated: Woodbury, New York

_____
P. Pascal, Inc.
Defendant
By

_____
Dean Pasquale
Defendant

_____
Meltzer Lippe Goldstein & Breitstone, LLP
By:
Out-going Attorneys

_____
Kaufman Dolowich & Voluck, LLP
By: JEFF A. MEYER
In-coming attorneys