UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
THE TRUSTEES OF THE UNITED TEAMSTER
PENSION FUND "A",

                Plaintiffs,

   -against-

P. PASCAL, INC. and DEAN PASQUALE,

                Defendants.
------------------------------------------------------------X

Case No. 07 CV 2814
(TPG)(RLE)

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/5/08
```

**PROPOSED CIVIL CASE MANAGEMENT PLAN AND SCHEDULING ORDER**

    After consultation among counsel for all parties, the following Proposed Case Management Plan and Scheduling Order is adopted.

1.    This case is to be tried by a jury. Scheduling of pre-trial practice is arranged with a view to having the case ready for trial within approximately six months of the pre-trial conference held on April 15, 2008.

2.    Deadline for joinder of additional parties and/or the amendment of pleadings is **May 1, 2008**.

3.    All fact discovery is to be completed by **August 1, 2008**. Interim deadlines are as follows:

    a.    Initial disclosures required by Rule 26(a), to the extent not yet served by any party, shall be served on or before **May 5, 2008**.

    b.    Requests for production of documents and Request for interrogatories, to the extent not yet served by any party, shall be served on or before **May 2, 2008**.

    c.    Responses to all outstanding discovery requests will be served on or before **May 9, 2008**.

    d.    Experts, if any, are to be designated by **June 13, 2008**, and experts' reports exchanged no later than **June 27, 2008**.

    e.    Depositions, including depositions of experts, are to be completed on or before **July 11, 2008**.

  f. Requests to Admit, if any, are to be served on or before <u>July 1, 2008</u>.

4. Dispositive motions are to be served and filed by <u>September 5, 2008</u>. Answering papers are to be served and filed by <u>September 26, 2008</u>. Reply papers are to be served and filed by <u>October 10, 2008</u>.

Dated: New York, New York
   April 22, 2008

| DEALY & SILBERSTEIN, LLP | KAUFMAN DOLOWICH & VOLUCK, LLP |
|---|---|
| By: _/s/ Milo Silberstein_ | By: _/s/ Jeffrey A. Meyer_ |
| Milo Silberstein (MS 4637) | Jeffrey A. Meyer (JM 4468) |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |
| 225 Broadway, Suite 1405 | 135 Crossways Park Drive, Suite 201 |
| New York, New York 10007 | Woodbury, New York 11797 |
| (212) 385-0666 | (516) 681-1100 |

SO ORDERED:

_/s/ Thomas P. Griesa_        5/5/08
Thomas P. Griesa, U.S.D.J.       Date